UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-06865-RGK (Ex) | Date | August 7, 2015 |
|---|---|---|---|
| Title | *SEC v. JUSTIN MOONGYU LEE, et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE |
|---|---|

| Sharon L. Williams (Not Present) | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Warner Bros.s: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order re: Proper Service of Motion for Entry of Default**

Upon review of Plaintiff's Motion for Entry of Default and the supporting documents, the Court finds that Plaintiff effected proper service on Defendant Justin Moongyu Lee pursuant to the Hague Convention. As such, the Clerk may enter default upon determination that all other requirements have been met.

**IT IS SO ORDERED.**

:

Initials of Preparer